==========================================================

# UNITED STATES DISTRICT COURT
--------------DISTRICT OF MARYLAND--------------

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No: K 93-0068 |
| KEVIN LYNCH | * |

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case to preliminarily review Mr. Lynch's case to determine if he is eligible for a reduced sentence under 18 U.S.C. § 3582(c).  I certify that I am admitted to practice in this Court.

                      JAMES WYDA
                      Federal Public Defender

Date: September 10, 2008                /s/
                      Nicholas J. Vitek (#91429)
                      Staff Attorney
                      Federal Public Defender's Office
                      Tower II, Suite 1100
                      100 S. Charles Street
                      Baltimore, Maryland 21201
                      Phone: 410-962-3962
                      Fax:    410-962-0872
                      Nicholas_Vitek@fd.org